# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__LAURIE KELLY ET AL__
          Plaintiff

V.

__BANK OF AMERICA ET AL__
          Defendant

CIVIL ACTION

NO. __12CV12316-RWZ__

## ORDER OF DISMISSAL

__ZOBEL,  D. J.__

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

__7/22/14__
    Date

__s/ Lisa A. Urso__
Deputy Clerk